1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    John Doe,                                    No. CV-24-01829-PHX-SMB

10                    Plaintiff,                   **ORDER**

11   v.

12   Arizona Board of Regents, et al.,

13                    Defendants.

14

15        This matter comes before the Court on Plaintiff's Motion to Proceed Under
16   Pseudonym and for a Protective Order (the "Motion") (Doc. 6). After due consideration,
17   upon the review of the Motion and Memorandum of Law in support thereof, and for good
18   cause shown,

19        **IT IS HEREBY ORDERED** the Motion is GRANTED. Plaintiff John Doe and
20   Jane Roe shall continue to be identified under pseudonym throughout the pendency of
21   this matter.

22        **IT IS FURTHER ORDERED** the parties are to submit a proposed protective
23   order, that will facilitate the protection of the identification of John Doe and Jane Roe, by
24   **December 9, 2024**.

25        Dated this 18th day of November, 2024.

26
27
28

Honorable Susan M. Brnovich
United States District Judge