James D. Smith, 016760
Kristin L. Windtberg, 024804
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
jsmith@omlaw.com
kwindtberg@omlaw.com
slawson@omlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| John Doe, | No. 2:24-cv-01829-SMB |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF ERRATA** |
| Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Dr. Joanne Vogel; and Jodi Preudhomme, | |
| Defendants. | |

Defendants file this Notice of Errata to correct an error in their Response to Plaintiff's Motion for a Preliminary and Permanent Injunction ("Response") (Doc. 34). The date included on page 2, line 18 of the Response as "June 10, 2023," should read "June 10, 2025."

DATED this 12th day of December, 2024.

                                    OSBORN MALEDON, P.A.

                                    By  s/ Kristin L. Windtberg
                                        James D. Smith
                                        Kristin L. Windtberg
                                        Sarah P. Lawson
                                        2929 N. Central Avenue, Suite 2000
                                        Phoenix, Arizona 85012

Attorneys for Defendants