1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| John Doe, | No. CV-24-01829-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Seal. (Doc. 37). For the reasons set forth therein, and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Seal.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Doc. 34-1.

Dated this 19th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge