# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>　　　　Defendants. | No. CV-24-01829-PHX-SMB<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion for Leave to File Supplemental Briefing in Connection with Plaintiff's Motion for Preliminary and Permanent Injunction. (Doc. 44.) For the reasons set forth therein, and good cause appearing,

**IT IS ORDERED** granting the Joint Motion.

**IT IS FURTHER ORDERED** that Defendants shall file a sur-reply of not more than five pages, exclusive of exhibits, on or before **December 30, 2024**, and Plaintiff shall file a supplemental reply of no more than three pages on or before **January 6, 2025**.

Dated this 20th day of December, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge