

1  James D. Smith, 016760
   Kristin L. Windtberg, 024804
2  Sarah P. Lawson, 036436
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  (602) 640-9000
   jsmith@omlaw.com
5  kwindtberg@omlaw.com
   slawson@omlaw.com
6
   Attorneys for Defendants
7

8               IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ARIZONA

10 John Doe,
                                          No. 2:24-cv-01829-SMB
11              Plaintiff,

12   v.                                   **DEFENDANTS' NOTICE OF
                                          OBJECTION TO PLAINTIFF'S
13 Arizona Board of Regents, governing    RESPONSE TO SUR-REPLY TO
   body of Arizona State University, an agent  MOTION FOR PRELIMINARY AND
14 of the State of Arizona; Dr. Joanne Vogel;   PERMANENT INJUNCTION**
   and Jodi Preudhomme,
15
16              Defendants.

17       Defendants Arizona Board of Regents, Joanne Vogel, and Jodi Preudhomme
18 object to Plaintiff's inclusion of additional evidence with Plaintiff's Response to
19 Defendants' Sur-Reply to Plaintiff's Motion for a Preliminary and Permanent Injunction
20 (Doc. 48) ("Response").  During the January 6, 2025 telephonic status conference,
21 Plaintiff informed the Court he wanted to proceed without an evidentiary hearing and
22 opted to rest on the papers in connection with his Motion for a Preliminary and Permanent
23 Injunction.  But Plaintiff's Response, filed after the status conference, attached a new
24 Declaration (Doc. 48-1) and a letter from a previously undisclosed witness (Doc. 48-2).
25 Defendants object to this late inclusion of new evidence and to the letter (Doc. 48-2) as
26 an unsworn statement and hearsay.  Defendants lodge these objections to preserve the
27 record.
28

1    DATED this 8th day of January, 2025.

2                                    OSBORN MALEDON, P.A.

4                                    By  s/ Kristin L. Windtberg
                                        James D. Smith
                                        Kristin L. Windtberg
5                                       Sarah P. Lawson
                                        2929 N. Central Avenue, Suite 2000
6                                       Phoenix, Arizona 85012

7                                    Attorneys for Defendants