Joshua M. Ernst (#029855)
Ernst, Brown & Draper, PLLC
1930 S. Alma School Road
Suite A200
Mesa, AZ 85210
Telephone: 602-324-9673
JErnst@ebdlawyers.com
*Counsel for Plaintiff John Doe*

Susan C. Stone*
Kristina W. Supler*
Dayna M. Hloska*
Anna E. Bullock*
Kohrman Jackson & Krantz, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
Telephone: (216) 696-8700
scs@kjk.com; kws@kjk.com;
dmh@kjk.com; aeb@kjk.com
*Counsel for Plaintiff John Doe*
*Pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>   Plaintiff,<br><br>  v.<br><br>Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Dr. Joanne Vogel; and Jodi Preudhomme,<br><br>   Defendants. | No. 2:24-cv-01829-SMB<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION DUE TO SUPERIOR COURT RULING** |

  Please take notice that Plaintiff John Doe ("John") hereby withdraws his Motion for a Preliminary and Permanent Injunction (Doc. 33)(the "Motion").

  As this Court is aware, concurrently with the present action, John is seeking judicial review of the administrative decisions against him in the Maricopa County Superior Court. *See Doe v. Ariz. Bd. of* Regents, No. LC2024-00272 (Maricopa Cnty. Super. Ct.).

  The Superior Court has issued a ruling permitting John to enroll in Spring 2025 classes. *See* **Exhibit 1**, Superior Court Ruling (the "Ruling"). The Ruling has removed the emergency basis for John's Motion because Defendants have been barred from enforcing sanctions against John during the pendency of the Superior Court matter. *See id.*

  The withdrawal of the Motion is without prejudice and John reserves the right to refile the Motion if necessary, including if the Ruling is modified or overturned. A proposed order is submitted with this Notice.

Dated this 9th day of January, 2025.

By s/ *Anna E. Bullock*

Susan C. Stone*
Kristina W. Supler*
Dayna M. Hloska*
Anna E. Bullock*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com; dmh@kjk.com; aeb@kjk.com
*Pro hac vice*

Joshua M. Ernst
Ernst, Brown & Draper, PLLC
1930 S. Alma School Road, Suite A200
Mesa, AZ 85210
JErnst@ebdlawyers.com

*Counsel for Plaintiff John Doe*

- 1 -

# CERTIFICATE OF SERVICE

I certify that on January 9, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Kristin L. Windtberg
James D. Smith
Sarah P. Lawson
Osborn Maledon, P.A.
kwindtberg@omlaw.com
jsmith@omlaw.com
slawson@omlaw.com
*Counsel for Defendants*

By s/ *Anna E. Bullock*

    Susan C. Stone*
    Kristina W. Supler*
    Dayna M. Hloska*
    Anna E. Bullock*
    KOHRMAN JACKSON & KRANTZ, LLP
    1375 E. 9th Street, 29th Floor
    Cleveland, OH 44114
    P: (216) 696-8700
    F: (216) 621-6536
    E: scs@kjk.com; kws@kjk.com; dmh@kjk.com; aeb@kjk.com
*Pro hac vice

    Joshua M. Ernst
    Ernst, Brown & Draper, PLLC
    1930 S. Alma School Road, Suite A200
    Mesa, AZ 85210
    JErnst@ebdlawyers.com

*Counsel for Plaintiff John Doe*