1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-24-01829-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff John Doe's Notice of Withdrawal of Plaintiff's Motion for a Preliminary and Permanent Injunction Due to Superior Court Ruling (the "Notice") (Doc. 52). After due consideration, upon the review of the Notice,

**IT IS HEREBY ORDERED** that John's Motion for Preliminary and Permanent Injunction (Doc. 33) is hereby withdrawn without prejudice. John reserves the right to refile the Motion if necessary, including if the Maricopa County Superior Court ruling permitting him to enroll in classes at Arizona State University is modified or overturned.

Dated this 10th day of January, 2025.

Honorable Susan M. Brnovich
United States District Judge