Joshua M. Ernst (#029855)
Ernst, Brown & Draper, PLLC
1930 S. Alma School Road
Suite A200
Mesa, AZ 85210
Telephone: 602-324-9673
JErnst@ebdlawyers.com
*Counsel for Plaintiff John Doe*

Susan C. Stone*
Kristina W. Supler*
Dayna M. Hloska*
Anna E. Bullock*
Kohrman Jackson & Krantz, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
Telephone: (216) 696-8700
scs@kjk.com; kws@kjk.com;
dmh@kjk.com; aeb@kjk.com
*Counsel for Plaintiff John Doe*
*Pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Dr. Joanne Vogel; and Jodi Preudhomme,<br><br>　　　　Defendants. | No. 2:24-cv-01829-SMB<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15 and LRCiv. 15.1, it is hereby stipulated by the parties, through their respective counsel, that:

1. Plaintiff shall be permitted to file a Second Amended Complaint without a formal motion to amend being required.

2. The Second Amended Complaint, a copy of which is attached hereto as Exhibit A, shall be deemed filed on the date this Stipulation is approved by the Court.

3. Defendants' response to the Second Amended Complaint shall be due on or before August 1, 2025.

A proposed order accompanies this Stipulation.

Dated this 30th day of June, 2025.

By s/ *Anna E. Bullock*
_____

    Susan C. Stone*
    Kristina W. Supler*
    Dayna M. Hloska*
    Anna E. Bullock*
    KOHRMAN JACKSON & KRANTZ, LLP
    1375 E. 9th Street, 29th Floor
    Cleveland, OH 44114

    Joshua M. Ernst
    1930 S. Alma School Road, Suite A200
    Mesa, AZ 85210

    *Counsel for Plaintiff*

By s/ *Kristin L. Windtberg*
_____

    James D. Smith
    Kristin L. Windtberg
    Sarah P. Lawson
    2929 N. Central Ave., Suite 2000
    Phoenix, AZ 85012

    *Counsel for Defendants*