1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe, | No. 2:24-cv-01829-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Dr. Joanne Vogel; and Jodi Preudhomme, | |
| Defendants. | |

Pending before the Court is the parties' Stipulation Allowing Plaintiff to File a Second Amended Complaint. For the reasons set forth therein, and good cause appearing, **IT IS ORDERED** that Plaintiff's Second Amended Complaint shall be deemed filed as of the date of this order.

**IT IS FURTHER ORDERED** that the Defendants' response to the Second Amended Complaint is due on or before **August 1, 2025**.

_____