# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-24-01829-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation Allowing Plaintiff to File a Second Amended Complaint (Doc. 63). For the reasons set forth therein, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Second Amended Complaint shall be deemed filed as of the date of this order.

**IT IS FURTHER ORDERED** that the Defendants' response to the Second Amended Complaint is due on or before **August 1, 2025**.

**IT IS FURTHER ORDERED** denying the pending Motion to Dismiss (Doc. 42) as moot.

Dated this 30th day of June, 2025.

Honorable Susan M. Brnovich
United States District Judge