IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>          Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Dr. Joanne Vogel; Jodi Preudhomme; Elizabeth Ojeda; and Dawn Russo,<br><br>          Defendants. | No. CV-24-01829-PHX-SMB<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Seal Doc. 67 and 68. The Court finds that good cause exists sufficient to justify sealing the documents for the reasons set forth in the parties' Stipulated Motion. Accordingly,

**IT IS ORDERED** directing the Clerk of the Court to seal Doc. 67 and 68.

Dated this 22nd day of July, 2025.

Honorable Susan M. Brnovich
United States District Judge