| | |
|---|---|
| Joshua M. Ernst (#029855) | Susan C. Stone* |
| Ernst, Brown & Draper, PLLC | Kristina W. Supler* |
| 1930 S. Alma School Road | Dayna M. Hloska* |
| Suite A200 | Anna E. Bullock* |
| Mesa, AZ 85210 | Kohrman Jackson & Krantz, LLP |
| Telephone: 602-324-9673 | 1375 E. 9th Street, 29th Floor |
| JErnst@ebdlawyers.com | Cleveland, OH 44114 |
| *Counsel for Plaintiff John Doe* | Telephone: (216) 696-8700 |
| | scs@kjk.com; kws@kjk.com; |
| | dmh@kjk.com; aeb@kjk.com |
| | *Pro hac vice* |
| | *Counsel for Plaintiff John Doe* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. 2:24-CV-01829-ASB |
| Plaintiff, | **STIPULATION AND MOTION REGARDING BRIEFING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| Arizona Board of Regents, governing body of Arizona State University, an agent of the State of Arizona; Joanne Vogel; Jodi Preudhomme; Elizabeth Ojeda; and Dawn Russo. | |
| Defendants. | |

Plaintiff and Defendants (together, the "Parties") have conferred on August 12, 2025 regarding forthcoming briefing on Defendants' Motion to Dismiss. The Parties have agreed to stipulate and move for certain modifications of the forthcoming briefing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, as set forth below.

The Parties stipulate and request that the deadline for Plaintiff's forthcoming Opposition to Defendants' Motion to Dismiss Second Amended Complaint be changed from August 15, 2025 to August 27, 2025 due to medical circumstances of Plaintiff's counsel.

The Parties stipulate and request that Plaintiff, pursuant to L.R.Civ. 7.2(e)(1), be permitted to exceed the page limit by 10 pages for his forthcoming Opposition to

1 Defendants' Motion to Dismiss Second Amended Complaint (Doc. 76). Granting this
2 request would allow Plaintiff to file a 27-page opposition and ensure that he can fully
3 address all of the issues and arguments in the Defendants' Motion to Dismiss. Defendants
4 were granted a similar leave by this Court to exceed the page limit of their Motion to
5 Dismiss (Doc. 72).
6      The Parties stipulate and request that the deadline for Defendants' forthcoming
7 Reply in Support of the Motion to Dismiss Second Amended Complaint be changed from
8 August 22, 2025 to September 18, 2025 due to the modification of the deadline for
9 Plaintiff's Opposition to Defendants' Motion to Dismiss Second Amended Complaint and
10 planned travel of Defendants' counsel.
11      The Parties stipulate and request that Defendants, pursuant to L.R.Civ. 7.2(e)(2), be
12 permitted to exceed the page limit for Defendants' forthcoming Reply in Support of the
13 Motion to Dismiss Second Amended Complaint by 5 pages. This request would permit
14 Defendants to file a 16-page Reply and ensure that they can fully address all of the issues
15 and arguments in the Plaintiff's Response to the Motion to Dismiss Second Amended
16 Complaint.
17      A proposed Order is submitted with this Stipulation and Motion.
18
19      DATED this 13th day of August, 2025.
20
21 /s/ *Susan C. Stone*                      /s/ *Kristin L. Windtbreg*
22 Susan C. Stone (*pro hac vice*)           Kristin L. Windberg
23 Kristina W. Supler (*pro hac vice*)         James D. Smith
    Anna E. Bullock (*pro hac vice*)            Sarah P. Lawson
24 KOHRMAN JACKSON & KRANTZ, LLP    OSBORN MALEDON, P.A.
    1375 E. 9th Street, 29th Floor              2929 N. Central Ave Ste. 2000
25 Cleveland, OH 44114                      Phoenix, AZ 85012-2838
    P: (216) 696-8700                          E:kwindtberg@omlaw.com
26 F: (216) 621-6536                           jsmith@omlaw.com
    E: scs@kjk.com; kws@kjk.com; aeb@kjk.com   slawson@omlaw.com
27
                                                       P: 602-640-9000
28 Joshua M. Ernst (#029855)
    Ernst, Brown & Draper, PLLC             *Counsel for Defendants*
    1930 S. Alma School Road
    Suite A200

Mesa, AZ 85210
Telephone: 602-324-9673
JErnst@ebdlawyers.com

*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Stipulation and Motion Regarding Briefing on Motion to Dismiss Second Amended Complaint* was filed this 13th day of August, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By s/ *Anna E. Bullock*
Anna E. Bullock (*Pro hac vice*)